DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
ANDRE RAMON WASHINGTON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br>ANDRE RAMON WASHINGTON,<br><br>                Defendants. | 2:18-CR-00061 JAM<br><br>SUBSTITUTION OF ATTORNEYS AND ORDER |

Defendant, Andre Ramon Washington, hereby substitutes as his attorney of record, David W. Dratman, in place of Assistant Federal Defender Michael Petrik.

Dated: March 28, 2018          */s/ Andre Ramon Washington*
                                             ANDRE RAMON WASHINGTON

I consent to the substitution.

Dated: March 28, 2018          */s/ Michael Petrik*
                                             MICHAEL PETRIK, AFD

I accept the substitution.

Dated: March 28, 2018          */s/ David W. Dratman*
                                             DAVID W. DRATMAN

ORDER

IT IS SO ORDERED.

DATED: March 29, 2018

                                             HON. EDMUND F. BRENNAN
                                             United States Magistrate Judge