McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0061-JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: May 15, 2018 |
| ANDRE RAMON WASHINGTON, ROLAND ADRIAN JUFIAR, and DAVID GARCIA ROMERO, | Time: 9:15 a.m. Judge: Hon. John A. Mendez |
| Defendants. | |

Plaintiff United States of America, through its respective counsel, and defendants Andre Ramon Washington, Roland Adrian Jufiar, and David Garcia Romero, through their counsel of record, stipulate that the status conference now set for May 15, 2018, be continued to June 26, 2018, at 9:15 a.m.

On March 29, 2018, all three defendants were arraigned on the ten-count Indictment in this case. (ECF Nos. 16, 19.) Recently, the government had produced to the defense discovery that includes over 530 pages of reports and memoranda, roughly 565 photos, among other items. Defense counsel for all three defendants require additional time to review these materials, to discuss them with their clients, to conduct research into any potential suppression issues or motions to dismiss, to conduct additional investigation, and to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently set for May 15, 2018, be continued to June 26, 2018, at 9:15 a.m. The parties further agree that time under the Speedy

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
STATUS CONFERENCE

1

Trial Act should be excluded from the date the parties stipulated, up to and including June 26, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4, based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: May 10, 2018        */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated: May 10, 2018        */s/ THD for David W. Dratman*
DAVID W. DRATMAN
Attorney for Defendant Andre Washington

Dated: May 10, 2018        */s/ THD for Megan Virga*
MEGAN VIRGA
Attorney for Defendant Roland Jufiar

Dated: May 10, 2018        */s/ THD for Ronald J. Peters*
RONALD J. PETERS
Attorney for Defendant David Romero

# ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including June 26, 2018, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479 (Local Code T4). It is further ordered that the May 15, 2018 status conference be continued until June 26, 2018, at 9:15 a.m.

Dated: May 11, 2018  /s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge