McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0061-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: September 11, 2018 |
| ANDRE RAMON WASHINGTON, ROLAND ADRIAN JUFIAR, and DAVID GARCIA ROMERO, | Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |
| Defendants. | |

Plaintiff United States of America, through its respective counsel, and defendants Andre Ramon Washington, Roland Adrian Jufiar, and David Garcia Romero, through their counsel of record, stipulate that the status conference now set for September 11, 2018, be continued to November 13, 2018, at 9:15 a.m.

On March 29, 2018, all three defendants were arraigned on the ten-count Indictment in this case. (ECF Nos. 16, 19.) In the weeks following, the government produced discovery to the defense that included over 530 pages of reports and memoranda, roughly 565 photos, and other items. In the coming weeks, the government will be producing an additional set of materials that includes toll records from throughout the investigation. Defense counsel for all three defendants will require additional time to review these new materials, as well as the materials already produced, time to discuss them with their clients, to conduct research into potential suppression issues or motions to dismiss, to conduct additional

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
STATUS CONFERENCE

1

1 | investigation, and to otherwise prepare for trial.

2 |     Based on the foregoing, the parties stipulate that the status conference now set for September 11, 2018, be continued to November 13, 2018, at 9:15 a.m.  The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including November 13, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

    The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated:  September 7, 2018      */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated:  September 7, 2018      */s/ THD for David W. Dratman*
DAVID W. DRATMAN
Attorney for Defendant Andre Washington

Dated:  September 7, 2018      */s/ THD for Megan Virga*
MEGAN VIRGA
Attorney for Defendant Roland Jufiar

Dated:  September 7, 2018      */s/ THD for Ronald J. Peters*
RONALD J. PETERS
Attorney for Defendant David Romero

| | |
|---|---|
| 1 | ORDER |

2   The Court, having received and considered the parties' stipulation, and good cause appearing
3 therefore, adopts the parties' stipulation in its entirety as its order.  The Court specifically finds that the
4 failure to grant a continuance in this case would deny counsel reasonable time necessary for effective
5 preparation, taking into account the exercise of due diligence.  The Court also finds that the ends of
6 justice served by granting the requested continuance outweigh the best interests of the public and the
7 defendants in a speedy trial.
8   The Court orders that the time from the date the parties stipulated, up to and including November
9 13, 2018, shall be excluded from computation of time within which the trial in this case must begin under
10 the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General
11 Order 479 [Local Code T4].  It is further ordered that the September 11, 2018 status conference be
12 continued until November 13, 2018, at 9:15 a.m.

14 Dated:  September 7, 2018                    /s/ John A. Mendez_____
                                               Hon. John A. Mendez
15                                             United States District Court Judge