1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California 95814
   Telephone: (916) 443-2000
4  Facsimile: (916) 443-0989
   Email: dwdratman@aol.com
5
   Attorney for Defendant
6  ANDRE RAMON WASHINGTON

7
8                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,           CASE NO. 2:18-CR-0061-JAM

11           Plaintiff,                 **STIPULATION AND ORDER
                                        RESETTING SENTENCING SCHEDULE
12      vs.                             (AMENDED)**

13  ANDRE RAMON WASHINGTON,

14           Defendant.

15

16      IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the

17  Probation Department that the Judgment and Sentencing scheduled for October 1, 2019

18  9:15 a.m. be continued to October 22, 2019 at 9:15 a.m.; and, that the following sentencing

19  schedule be adopted:

20      Judgment and Sentencing Date:                            October 22, 2019

21      Reply, or Statement of Non-Opposition:                   October 15, 2019
22
        Motion for Correction of the Presentence Report shall be filed
23      with the Court and served on the Probation Officer and opposing
        counsel no later than:                                   October 8, 2019
24

25      The Presentence Report shall be filed with the Court and disclosed
        to counsel no later than:                                September 24, 2019
26
        Counsel's written objections to the Presentence Report shall be
27      delivered to the Probation Officer and opposing counsel no later
28      than:                                                    September 17, 2019

STIPULATION AND [PROPOSED] ORDER RESETTING SENTENCING SCHEDULE
1

| | |
|---|---|
| The proposed Presentence Report shall be disclosed to counsel no later than: | September 10, 2019 |

DATED: August 21, 2019 /s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
ANDRE RAMON WASHINGTON

DATED: August 21, 2019 MCGREGOR W. SCOTT
United States Attorney

By: /s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant U.S. Attorney
*Signed with permission

**ORDER**

IT IS SO ORDERED.

DATED: August 22, 2019 /s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge