HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID H. HARSHAW III, KY #86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ANDRE RAMON WASHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00061-JAM-1 |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME FOR FILING REPLY |
| vs. | |
| ANDRE RAMON WASHINGTON, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, United States Attorney, McGregor W. Scott, through Assistant United States Attorney David W. Spencer, attorney for Plaintiff, and Federal Defender, Heather E. Williams, through Assistant Federal Defender David Harshaw, attorney for defendant, Andre Ramon Washington, that the Reply to the Plaintiff's Opposition to Compassionate Release is now due June 26, 2020 rather than today, June 12, 2020.

Defendant needs the additional time to respond to the government's Opposition given that he has yet to receive the United States' pleading, which was served on him by mail yesterday. The orderly disposition of this Court's docket will be served by this extension of time.

Undersigned counsel for the Defendant is entering into this stipulation because Mr. Washington telephoned the Federal Defender and asked for assistance on his case. General

Order 595 provides that the Federal Defender has aurthority "to represent any defendant who was previously determined to have been entitled to appointment of counsel, or who is now indigent, to determine whether that defendant may qualify for federal relief under . . . First Step Act Sectio[n] . . . 603 (Federal Prisoner Reentry Initiative Reauthorization [Compassionate Release]), or otherwise, and to present any petitions, motions, or applications relating thereto to the Court for disposition." Having determined that Mr. Washington is currently indigent, the undersigned, at this point, only seeks to preserve Mr. Washington's right to reply to the government's Opposition. This limited involvement is the extent that the Federal Defender, at this time, pending further review, seeks to be involved.

Respectfully submitted,

Dated: June 12, 2020

HEATHER E. WILLIAMS
Federal Defender

*/s/ David Harshaw*
DAVID HARSHAW
Assistant Federal Defender

Attorneys for Defendant
Andre Ramon Washington

Dated: June 12, 2020

McGREGOR W. SCOTT
United States Attorney

By: */s/ David W. Spencer*
DAVID W. SPENCER
Assistant U.S. Attorney

Attorney for Plaintiff
United States of America

Stipulation Extending Time  -2-

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.

The Court orders that the Defendant's Reply to the Plaintiff's Opposition is now due on June 26, 2020.

Dated:  June 12, 2020                                                /s/ John A. Mendez
                                                                                    Hon. John A. Mendez
                                                                                    United States District Court Judge

Stipulation Extending Time                                     -3-